UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JOSHUA L. HOOD, | No. C 11-02487 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| RYACTIVE CORPORATION, et al., | |
| Defendants. _____/ | |

On June 21, 2011, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of August 4, 2011. (Dkt. #4.) However, Plaintiff Joshua Hood has failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the August 4 hearing and ORDERS Plaintiff Joshua Hood to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 4, 2011, and the Court shall conduct a hearing on August 18, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

The September 1, 2011 case management conference is VACATED.

**IT IS SO ORDERED.**

Dated: July 18, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSHUA L. HOOD,

        Plaintiff,

  v.

RYACTIVE CORPORATION et al,

        Defendant.

Case Number: CV11-02487 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joshua L. Hood
1504 Bay Road, Apt. 2001
Miami Beach, FL 33139

Dated: July 18, 2011

                          Richard W. Wieking, Clerk
                          By: Brenda Tolbert, Deputy Clerk