Joshua L. Hood
1504 Bay Road, Apt. 2001
Miami Beach, Florida 33139
Telephone:  786-357-8355
Fax 305-503-6742
Email:  josh.private.seo@gmail.com
Pro Se

**GRANTED**
Judge Maria-Elena James

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA L. HOOD, | ) CASE NUMBER:  C11-02487-MEJ |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL** |
| vs. | ) Judge: Maria-Elena James |
| | ) Courtroom: B |
| RYACTIVE CORPORATION, a Delaware corporation, RYAN PAMPLIN, individually, and KANAYOCHUKWU ONWUAMA, individually, | ) |
| Defendants. | ) |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

///

///

///

///

///

///

///

1
**STIPULATION FOR DISMISSAL**

**STIPULATED AND AGREED TO BY:**

Dated: September 6, 2011                    DILLON & GERARDI, APC

/s/ Timothy P. Dillon
E-mail: tdillon@dillongerardi.com
Attorneys for Defendants,
Ryactive Corporation, Ryan Pamplin, and
Kanayochukwu Onwuama

Dated: September 6, 2011

/s/ Joshua Hood
Joshua Hood, in pro per