1 | Joshua L. Hood
2 | 1504 Bay Road, Apt. 2001
  | Miami Beach, Florida 33139
3 | Telephone: 786-357-8355
  | Fax 305-503-6742
4 | Email: josh.private.seo@gmail.com
  | Pro Se

**GRANTED**
*Judge Maria-Elena James*
(Seal: United States District Court, Northern District of California)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA L. HOOD, | ) CASE NUMBER: C11-02487-MEJ |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL** |
| vs. | ) Judge: Maria-Elena James |
| | ) Courtroom: B |
| RYACTIVE CORPORATION, a Delaware corporation, RYAN PAMPLIN, individually, and KANAYOCHUKWU ONWUAMA, individually, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

///
///
///
///
///
///
///

1
**STIPULATION FOR DISMISSAL**

**STIPULATED AND AGREED TO BY:**

Dated: September 6, 2011                         DILLON & GERARDI, APC


                                                 /s/ Timothy P. Dillon
                                                 E-mail: tdillon@dillongerardi.com
                                                 Attorneys for Defendants,
                                                 Ryactive Corporation, Ryan Pamplin, and
                                                 Kanayochukwu Onwuama


Dated: September 6, 2011


                                                 /s/ Joshua Hood
                                                 Joshua Hood, in pro per

**STIPULATION FOR DISMISSAL**